UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE ZIMMERMAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | CASE NO. 5:18-cv-02149-JLS-SP<br><br>**JUDGMENT** |

Pursuant to this Court's order dated January 29, 2020 (ECF No. 35), the Court HEREBY ENTERS Judgment in this case in favor of Defendant Ford Motor Company and against Plaintiff Gene Zimmerman. Defendant Ford Motor Company may recover its costs of suit.

**IT IS ORDERED AND ADJUDGED.**

Dated: February 19, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Josephine L. Staton
　　　　　　　　　　　　　　　　　　United States District Judge